<u>CRIMINAL PROCEEDINGS</u> - **Sentencing**


UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Edward J. Lodge  
Case No. 1:17-cr-00038-EJL-1  
Place: Boise, Idaho  

Date: September 11, 2017  
Deputy Clerk: Sherri O'Larey  
Court Reporter: Lisa Yant  
Time: 2:31 - 3:04 pm  

UNITED STATES OF AMERICA vs   Andrew Ray Garcia

Probation Officer: Mike Cruser  
Interpreter: not needed

Counsel for United States: Tara Malek, AUSA  
         Defendant(s): Robert Schwarz, Federal Defender

Court reviewed case history  
Objections to pre sentence report addressed.  Pre sentence report and addendum adopted.  Court finds the Offense Level of 4 and a Criminal History of 12 with a guide line range of 21 - 27 months.  
Counsel made sentencing recommendations to the Court.  
Defendant made statements on his own behalf.  
Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for term of 12 months and one day, to run concurrent to the defendant's term of imprisonment pursuant to the judgment in District Court, Ada County, case CR2013-12680. The Court finds the defendant does not have the ability to pay a fine in this matter.    $100 special assessment is due immediately

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years.  Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

Supervised release is imposed upon the following terms and conditions:

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug test a month thereafter for the term of supervision as directed by the probation officer.  The cost to be paid by the defendant and the government based upon the defendant's ability to pay.

The defendant shall not possess a firearm, ammunition, destructive device or other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall pay any special assessment or other financial obligation that is imposed by this judgment in accordance with the Schedule of Payments as ordered by the Court.

The defendant shall comply with all general and special terms of supervised release, and all standard conditions of supervision, as outlined in the judgment in a criminal case, to be filed by this Court. The defendant shall also comply with the special conditions of supervision as listed in the presentence investigation report and sentencing recommendation.

Upon question by defense counsel, the Court explained the Court's intent as to the sentence imposed.

Forfeiture to be included in the Judgment.

Defendant remanded to the custody of the United States Marshals Service.