**U.S. COURTS**

### UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

**SEP 13 2017**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES OF AMERICA ⟩

v. ⟩   Case No. 17-038-S-EJL

ANDREW RAY GARCIA ⟩

#### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a writ of habeas corpus

(x)   ad Prosequendum        (_)   ad Testificandum

Name of Detainee:  Andrew Ray Garcia          *FID# 10263330*
Custodian:    Idaho Department of Correction    *IDOC# 110876*
      at  Boise, Idaho

Detainee is:    (x)    charged in this district by    Indictment
                                                   (Indictment/Information/Complaint)

                **or**

            (_)   is a witness not otherwise available by the ordinary process of
                  the court.

Appearance is necessary on:   April 4, 2017, at 10:00 a.m.,
                              Before Honorable Mikel H. Williams
                              United States Magistrate Judge
                              District of Idaho

DATED:  March 23, 2017

                              Christian S. Nafzger
                              Assistant United States Attorney

#### WRIT OF HABEAS CORPUS

(x)   ad Prosequendum        (_)   ad Testificandum

The application is GRANTED, and the above-named custodian, as well as the United States Marshals, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause.  At the conclusion of these proceedings, the United States Marshals shall return the detainee to the above-named custodian.

DATED:    March 23, 2017

                              Honorable Mikel H. Williams
                              United States Magistrate Judge

$$\frac{emailed}{3/23/17 @} = \frac{Nicole}{USMS} \frac{\overset{Rod}{Marissa}}{IDOC}$$

11:33

I have (partially) (fully) executed the within

WHCAP by receiving the body of

Andrew Ray Garcia

On 09/11/2017 and delivering him to

Returned to IDOC (#110816)

after Sentencing

Expenses: United States Marshal

By: _Smith_ USM

Deputy U.S. Marshal